| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Sharon Z. Weiss, SBN 169446<br>Bryan Cave Leighton Paisner LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>sharon.weiss@bclplaw.com<br>310-576-2100<br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br><br>Randy Lee Andrews<br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-14801-DS<br><br>CHAPTER: 11<br><br><br>ADVERSARY NUMBER: 2:24-ap-01042-DS |
|---|---|
| U.S. Security Associates, Inc.<br><br>Versus<br>          Plaintiff(s)<br><br>Lee Andrews<br><br>(See Attachment A for names of additional defendants)<br>          Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **03/25/2024.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    Date:     April 25, 2024
    Time:     11:30 AM
    Hearing Judge: Deborah J. Saltzman
    Location:   255 E Temple St., Crtrm 1639, Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                  Page 1          **F 7004-1.SUMMONS.ADV.PROC**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| U.S. Security Associates, Inc. | Lee Andrews<br>Jake Andrews<br>Aimee Holcomb |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Bryan Cave Leighton Paisner LLP 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

**PLAINTIFF U.S. SECURITY ASSOCIATES, INC.'S DERIVATIVE COMPLAINT; ADVERSARY PROCEEDING COVER SHEET; ADVERSARY PROCEEDING STATUS CONFERENE PROCEDURES JUDGE DEBORAH J. SALTZMAN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* February 26, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- PLESE SEE ATTACHED LIST.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on *(date)* February 26, 2024 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- PLESE SEE ATTACHED LIST.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26, 2024 | Raul Morales | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    F 7004-1.SUMMONS.ADV.PROC

**2. SERVED BY UNITED STATES MAIL**:

Bryon Z. Moldo
Chase Stone
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212

**3. SERVED BY OVERNIGHT MAIL:**

Defendant Lee Andrews
6133 Bristol Parkway, Suite 175
Culver City, CA 90230

Defendant Lee Andrews
7709 Henefer Avenue
Los Angeles, CA 90045

Defendant Aimee Holcomb
624 6th Street
Manhattan Beach, CA 90203

Defendant Jake E Andrews
24437 Shadeland Drive
Newhall, CA 91321

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 3    **F 7004-1.SUMMONS.ADV.PROC**

**Raul Morales**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, February 27, 2024 4:28 PM |
| **To:** | Raul Morales |
| **Subject:** | FedEx Shipment 271447081527: Your package has been delivered |

# Hi. Your package was delivered Tue, 02/27/2024 at 4:20pm.

Delivered to 6133 BRISTOL PKWY 175, CULVER CITY, CA 90230

**OBTAIN PROOF OF DELIVERY**

How was your delivery ?

Personal Message

1

PSShip eMail Notification

| | |
|---|---|
| **TRACKING NUMBER** | 271447081527 |
| **FROM** | Bryan Cave Leighton Paisner LLP<br>120 Broadway<br>Suite 300<br>Santa Monica, CA, US, 90401 |
| **TO** | LEE ANDREWS<br>6133 BRISTOL PKWY STE 175<br>CULVER CITY, CA, US, 90230 |
| **REFERENCE** | 1050466/1050466.000035/016123 |
| **SHIPPER REFERENCE** | 1050466/1050466.000035/016123 |
| **SHIP DATE** | Mon 2/26/2024 04:09 PM |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Santa Monica, CA, US, 90401 |
| **DESTINATION** | CULVER CITY, CA, US, 90230 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Priority Overnight® |

# FedEx Delivery Manager® puts you in control

Enroll for free and get more visibility and control for your deliveries from

2

**Raul Morales**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, February 27, 2024 4:27 PM |
| **To:** | Raul Morales |
| **Subject:** | FedEx Shipment 271447323810: Your package has been delivered |
| **Attachments:** | DeliveryPicture.jpeg |

## Hi. Your package was delivered Tue, 02/27/2024 at 4:20pm.

Delivered to 24437 SHADELAND DR, NEWHALL, CA 91321

**OBTAIN PROOF OF DELIVERY**

Delivery picture not showing? View in browser.

## How was your delivery ?

1

## Personal Message

PSShip eMail Notification

| | |
|---|---|
| **TRACKING NUMBER** | 271447323810 |
| **FROM** | Bryan Cave Leighton Paisner LLP<br>120 Broadway<br>Suite 300<br>Santa Monica, CA, US, 90401 |
| **TO** | JAKE ANDREWS<br>24437 SHADELAND DR<br>NEWHALL, CA, US, 91321 |
| **REFERENCE** | 1050466/1050466.000035/016123 |
| **SHIPPER REFERENCE** | 1050466/1050466.000035/016123 |
| **SHIP DATE** | Mon 2/26/2024 04:09 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Santa Monica, CA, US, 90401 |
| **DESTINATION** | NEWHALL, CA, US, 91321 |
| **SPECIAL HANDLING** | Deliver Weekday<br>Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Priority Overnight® |

2

**Raul Morales**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, February 27, 2024 3:20 PM |
| **To:** | Raul Morales |
| **Subject:** | FedEx Shipment 271447152523: Your package has been delivered |
| **Attachments:** | DeliveryPicture.jpeg |

# Hi. Your package was delivered Tue, 02/27/2024 at 3:13pm.

Delivered to 7709 HENEFER AVE, LOS ANGELES, CA 90045

**OBTAIN PROOF OF DELIVERY**

Delivery picture not showing? View in browser.

How was your delivery ?

1

## Personal Message

PSShip eMail Notification

| | |
|---:|---|
| **TRACKING NUMBER** | [271447152523](#) |
| **FROM** | Bryan Cave Leighton Paisner LLP |
| | 120 Broadway |
| | Suite 300 |
| | Santa Monica, CA, US, 90401 |
| **TO** | LEE ANDREWS |
| | 7709 HENEFER AVE |
| | LOS ANGELES, CA, US, 90045 |
| **REFERENCE** | 1050466/1050466.000035/016123 |
| **SHIPPER REFERENCE** | 1050466/1050466.000035/016123 |
| **SHIP DATE** | Mon 2/26/2024 04:09 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Santa Monica, CA, US, 90401 |
| **DESTINATION** | LOS ANGELES, CA, US, 90045 |
| **SPECIAL HANDLING** | Deliver Weekday |
| | Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Priority Overnight® |

2

**Raul Morales**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, February 27, 2024 1:41 PM |
| **To:** | Raul Morales |
| **Subject:** | FedEx Shipment 271447235306: Your package has been delivered |
| **Attachments:** | DeliveryPicture.jpeg |

# Hi. Your package was delivered Tue, 02/27/2024 at 1:34pm.

Delivered to 624 6TH ST, MANHATTAN BEACH, CA 90266

**OBTAIN PROOF OF DELIVERY**

Delivery picture not showing? View in browser.

How was your delivery ?

1

## Personal Message

PSShip eMail Notification

| | |
|---|---|
| **TRACKING NUMBER** | 271447235306 |
| **FROM** | Bryan Cave Leighton Paisner LLP<br>120 Broadway<br>Suite 300<br>Santa Monica, CA, US, 90401 |
| **TO** | AIMEE HOLCOMB<br>624 6TH ST<br>MANHATTAN BEACH, CA, US, 90266 |
| **REFERENCE** | 1050466/1050466.000035/016123 |
| **SHIPPER REFERENCE** | 1050466/1050466.000035/016123 |
| **SHIP DATE** | Mon 2/26/2024 04:09 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | Santa Monica, CA, US, 90401 |
| **DESTINATION** | MANHATTAN BEACH, CA, US, 90266 |
| **SPECIAL HANDLING** | Deliver Weekday<br>Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight® |

2